IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ADAM MOOMAW and REGAN MOOMAW, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>GEOSNAPSHOT PTY LTD, an Australian proprietary limited company, and<br><br>GEOSNAPSHOT, INC., a Delaware corporation,<br><br>        Defendants. | Case No. 3:23-cv-01321-DWD |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE OF GEOSNAPSHOT, INC.**

      Plaintiffs Adam Moomaw and Regan Moomaw hereby give notice under Federal Rule of Civil Procedure 41(a)(1)(A) that all claims asserted in their Complaint against GeoSnapShot, Inc., are dismissed <u>without</u> prejudice. This dismissal does not affect Plaintiffs' claims against GeoSnapShot Pty Ltd.

Dated: June 7, 2024                                     Respectfully Submitted,

                                                   **THE DRISCOLL FIRM, P.C.**

By:      /s/ Matthew J. Limoli
        Matthew J. Limoli, #6328051
        301 Fayetteville Street, Ste. 1825
        Raleigh, North Carolina 27601
        Phone: (919) 582-6516
        matthew@thedriscollfirm.com

**THE DRISCOLL FIRM, LLC**
John J. Driscoll, #6276464
1311 Avenida Juan Ponce de Leon, Ste. 501
San Juan, Puerto Rico 00907
Phone: (314) 222-2605
Fax: (314) 932-3233
john@jjlegal.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on June 7, 2024, the foregoing document was electronically filed with the Clerk of Court and will be served by operation of the Court's CM/ECF system upon all registered parties.

                                                     /s/ Matthew J. Limoli