## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ADAM MOOMAW, REGAN MOOMAW, and SARAH GUSTAFSON individually and on behalf of all others similarly situated, | ) ) ) |
| | ) |
| Plaintiffs, | ) Case No. 3:23-cv-01321-DWD |
| v. | ) |
| | ) Judge: Hon. David W. Dugan |
| GEOSNAPSHOT PTY LTD, an Australian proprietary limited company, and | ) ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |

## DEFENDANT GEOSNAPSHOT PTY LTD'S MOTION TO STAY PROCEEDINGS AND OTHER MISCELLANEOUS RELIEF

Defendant, GeoSnapShot PTY LTD ("GeoSnap"), submits this Motion to Stay Proceedings pending resolution of its pending appeal in the Seventh Circuit Court of Appeals. In support of its motion, GeoSnap states as follows:

1.     On March 20, 2025, the District Court denied GeoSnap's Motion to Compel Arbitration. [Dkt. No. 78]

2.     On April 1, 2025, GeoSnap filed a Notice of Appeal. [Dkt. No. 81]

3.     Under the Federal Arbitration Act ("FAA"), "Congress provided for immediate interlocutory appeals of orders denying … motions to compel arbitration." *Coinbase, Inc. v. Bielski*, 599 U.S. 736, 740 (2023).

4.     When an appeal is taken pursuant to the FAA, "[t]he district court must stay its proceedings." *Id.* at 738; *see also Bradford-Scott Data Corp. v. Physician Computer Network, Inc.*, 128 F.3d 504, 506 (7th Cir. 1997). The appeal of a decision denying a motion to compel arbitration "divests the district court of its control over those aspects of the case involved in the appeal."

*Coinbase*, 599 U.S. at 740 (quoting *Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982).

5.      A stay of proceedings is necessary here to uphold Congress's decision in Section 16(a) of the FAA to afford a right to an interlocutory appeal. Without a stay, "many of the asserted benefits of arbitration (efficiency, less expense, less intrusive discovery, and the like) would be irretrievably lost[.]" *Id*. at 743. Here, the parties will need to engage in voluminous and costly discovery and further expend significant resources engaging in oral fact discovery.

6.      Absent a stay, the "parties also could be forced to settle to avoid the district court proceedings (including discovery and trial) that they contracted to avoid through arbitration." *Id.*

WHEREFORE, GeoSnapShot PTY LTD respectfully requests that the Court enter an order:

1.      Staying proceedings;

2.      Ordering the Parties to report to the Court within 30 days of the issuance of the mandate of the Seventh Circuit Court of Appeals with either a jointly proposed schedule or a single filing setting forth the respective positions of the Parties regarding the appropriate procedural schedule; and

3.      Should this Court deny the Motion to Stay, extending the time for GeoSnap to file its responsive pleading to Plaintiffs' Amended Complaint from the current due date, April 3, 2025, to within ten (10) days after any such denial of this motion.


Dated: April 1, 2025                    Respectfully Submitted,

                                        GEOSNAP PTY LTD

                                        By: ***/s/Josh M. Kantrow***_____

Josh M. Kantrow - #6231027
Thomas M. Wolf - # 6314294
Cameron T. Liljestrand - #6336262
LEWIS BRISBOIS BISGAARD & SMITH LLP
550 West Adams Street, Suite 300
Chicago, Illinois 60661
Josh.Kantrow@lewisbrisbois.com
Thomas.Wolf@lewisbrisbois.com
Cameron.Liljestrand@lewisbrisbois.com


Penelope K. Westwater - #6278199
Penelope.Westwater@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
Mark Twain Plaza II
103 West Vandalia Street, Suite 300
Edwardsville, Illinois 62025


## CERTIFICATE OF SERVICE

I hereby certify that a true and complete copy of the foregoing document was filed with the

Clerk of the Court using the Court's CM/ECF system on this 1st day of April 2025, which will

send electronic notification to the attorneys of records at the email addresses on file with the Court.

By: */s/Josh M. Kantrow* _____